## HARRIS v. PROCTER & GAMBLE

No. 201P91

Case below: 102 N.C.App. 329

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## IN RE COBB

No. 224P91

Case below: 102 N.C.App. 466

Motion by the Board to dismiss appeal by Cobb for lack of substantial constitutional question allowed 12 June 1991. Petition by Cobb for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## IN RE HUGHES v. HUGHES

No. 72P91

Case below: 101 N.C.App. 430

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 12 June 1991.

## IN RE SMITH

No. 103A91

Case below: 101 N.C.App. 430

Notice of appeal by Jean Lennon pursuant to G.S. 7A-30 dismissed 12 June 1991.

## INVESTORS TITLE INS. CO. v. HERZIG

No. 28PA91

Case below: 101 N.C.App. 127

Petition by Partnership for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1991. Petition by defendant (Shelter) for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1991.